FILED
OCT 1 2026
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

in re David Stebbins ) Case No. 26-609

**PETITION FOR ISSUANCE OF SUBPOENA DUCES TECUM UNDER 17 USC § 512(h)**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Petition for Issuance of Subpoena Duces Tecum pursuant to the Court's authority under 17 USC § 512(h) in the above-styled action.

1. In the US District Court for the Northern District of California, there is currently pending a lawsuit between myself and an unknown online creator who goes by the alias "Creetosis." The case number for that case is 3:25-cv-04499, and is currently assigned to Jeffrey S. White.

2. 17 USC § 512 expressly authorizes me to petition ***any*** district court (not just the district in which the corresponding copyright infringement action is pending) for a subpoena duces tecum to identify a purported infringer. See subsection (h)(1):

> "A copyright owner … may request the clerk of ***any*** United States district court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection" (emphasis added).

3. That said, *this* District is especially appropriate to issue a subpoena duces tecum to compared to most other federal districts, since the respondent to this subpoena – Google LLC – is formally incorporated in the State of Delaware. See **Exhibit A**. Their file number with the DE Secretary of State is 3582691, and they can be served with process at the following registered agent:

Corporation Service Company
251 Little Falls Dr.
Wilmington, DE 19808

4. According to subsection (h)(2), the petition must include (A) a copy of a notification described in subsection (c)(3)(A); (B) a proposed subpoena; and (C) a sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under this title.

5. A copy of the DMCA Takedown is hereby attached as **Exhibit A**.

6. A proposed subpoena is hereby attached as **Exhibit B**.

7. A copy of the sworn statement required by subsection (h)(2)(C) is hereby attached as **Exhibit C**.

8. I therefore respectfully ask that the Court expeditiously issue the provided subpoena.

So requested on this, the 25th day of September, 2026.

David Stebbins
123 W. Ridge Ave., APT D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com