FILED
OCT 1 2026
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| in re David Stebbins | ) | Case No. 26-609-- |

# MOTION FOR AUTHORIZATION TO FILE ELECTRONICALLY

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Authorization to File Electronically in the three above-styled actions.

1. I have a PACER account, and I have had one for over a decade now.

2. I have reviewed Court's online tutorial on how to file electronically.

3. According to Page 19 of this Court's Pro Se Handbook[1], access to CM/ECF for pro se litigants is allowed with the Court's approval. The Court should grant me permission to do so for the following reasons:

- **Reason #1**: I am far away. I am from the State of Arkansas. Forcing me to file everything in.this case using postal mail would cause this case to become tediously slow.
- **Reason #2**: This is already a cyberspace case. The original copyrighted works were up-loaded to YouTube, the corresponding infringement occurred on another website, and all pre-filing correspondence between myself and the defendants have been carried out excl-usively over email. As such, it is only fitting that the case itself be litigated in cyberspace.
- **Reason #3**: I have experience using the ECF. I have filed my fair share of copyright infringement cases in the Northern District of California (since that is where YouTube is located). The Court can see that I have several years of experience filing electronically in that court, and it is likely that experience will carry over here.
- **Reason #4**: Likelihood of a long and drawn-out litigation. This is a case, not just for copyright infringement, but one where fair use is expected to be the primary defense on the merits. These cases are seldom resolved quickly and cheaply. Individual mailings may be cheap by themselves, but in a case like this one, they are likely to add up fast.

4. Therefore, I respectfully ask the Court to grant this renewed motion and authorize me to

1 Which can be found at the URL of https://www.ded.uscourts.gov/sites/ded/files/Pro%20Se%20Handbook.pdf

file electronically in this case.

So requested on this, the 25th day of September, 2026.

David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com