IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID STEBBINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Misc. No. 26-609 (MN) |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington, this 23rd day of October 2026, the Court having considered the application to proceed in District Court without prepaying fees or costs under 28 U.S.C. § 1915 (D.I. 6), IT IS HEREBY ORDERED that the application is **GRANTED**.

Maryellen Noreika

The Honorable Maryellen Noreika
United States District Judge