IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID STEBBINS, Plaintiff, | ) | |
| v. | ) | Misc. No. 26-609 (MN) |
| GOOGLE LLC, Defendant. | ) | |

**ORDER**

At Wilmington, this 23rd day of October 2026;

IT IS HEREBY ORDERED that Plaintiff's Motion for Authorization to File Electronically (D.I. 4) is GRANTED. Plaintiff is granted e-filing privileges for this action ONLY. Plaintiff shall contact the Clerk's Office Help Desk at (302) 573-6170 in order to obtain the applicable CM/ECF registration form.

Maryellen Noreika

The Honorable Maryellen Noreika
United States District Judge