**CERTIFICATE OF SERVICE**

I, John Doe, certify that David Stebbins was served a copy of this Motion by CM/ECF by filing with the Clerk of the Court.

_______/s/John Doe_______

John Doe, Movant

creetosislegal@gmail.com