# Exhibit A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br>Plaintiff,<br>v.<br>JOHN DOE, et al.,<br>Defendants. | Case No. 25-cv-04499-JSW<br><br>**ORDER DENYING MOTION FOR SUBPOENA DUCES TECUM; VACATING HEARING**<br><br>Re: Dkt. No. 18 |

Now before the Court is Plaintiff David Stebbins' motion for issuance of a subpoena duces tecum to Defendant YouTube LLC for the contact information of Defendant John Doe, d/b/a Creetosis. Stebbins moves pursuant to 17 U.S.C. section 512(h). The Court finds this matter suitable for resolution without a hearing, and it therefore VACATES the hearing set for September 12, 2025. N.D. Civ. L.R. 7-1(b).

Section 512(h) is not a proper method for early discovery in a pending action. The Court explained in the related case, *Stebbins v. Alphabet Inc. et al.*, No. 4:22-cv-00546-JSW:

> 17 U.S.C. section 512(h) does not negate the jurisdictional requirements for discovery. *See Cordova v. 1 Doe*, No. 25-CV-05207-DMR, 2025 WL 2262999, at *2 (N.D. Cal. July 11, 2025) (finding that "regular jurisdictional requirements of an application for early discovery" apply to copyright cases despite Section 512(h)). As the *Cordova* court explains, "[a] section 512(h) subpoena is 'its own civil case' where the sole issue is whether the subpoena should be enforced or not." *Id.* (quoting *In re DMCA Subpoena to Reddit, Inc.*, 441 F. Supp. 3d 875, 880 (N.D. Cal. 2020)); *see also In re Subpoena of Internet Subscribers of Cox Commc'ns, LLC*, -- F.4th --, 2025 WL 2371947, at *1 (9th Cir. Aug. 15, 2025) (explaining that outside of the DMCA expedited subpoena process, "a copyright holder seeking to learn the identity of infringers sharing copyright-protected content on the Internet would have to file an infringement action against individual users suspected of infringement, naming each as a John Doe defendant, and move the court for leave to conduct early discovery.").

*Stebbins v. Alphabet Inc. et al.*, No. 4:22-cv-00546-JSW, Dkt. No. 91, Order Denying Mot. for

United States District Court
Northern District of California

Issuance of Subpoena Duces Tecum.

As in the related case, the Court DENIES the motion. Stebbins may file a renewed motion for issuance of a subpoena duces tecum which addresses the *Columbia* factors for early discovery by no later than September 23, 2025. *See Columbia Insurance Company v. seescandy.com*, 185 F.R.D. 573, 578-80 (N.D. Cal. 2009).

**IT IS SO ORDERED.**

Dated: September 9, 2025

JEFFREY S. WHITE
United States District Judge