UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| in re David Stebbins | ) | Case No. 1:26-mc-00609-MN |
| | ) | |

**CERTIFICATE OF SERVICE**

I, pro se Petitioner David Stebbins, do hereby certify under penalty of perjury that a true and correct copy of my "Response in Opposition to Emergency Motion to Quash" was served on the Movant by emailing a copy thereof to the email address of creetosislegal@gmail.com, which was listed at the end of his Motion as the sole contact method.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave., APT D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com