# CERTIFICATE OF SERVICE

I, John Doe, certify that David Stebbins was served a copy of this Motion by CM/ECF by filing with the Clerk of the Court.

_______/s/John Doe_______

John Doe, Movant

creetosislegal@gmail.com

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2026 OCT 35 AM 9:57